■ DANIEL L. ELLITHORPE, Respondent, v JOHN A. MARION et al., Appellants. (Appeal No. 1.) [823 NYS2d 724]—Appeal from an order of the Supreme Court, Onondaga County (William R. Roy, J.), entered April 27, 2005 in a personal injury action. The order granted plaintiff's motion for partial summary judgment on the issues of negligence and serious injury.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.